IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0559

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CAMERON JAMES EAGLEMAN,

      Defendant and Appellant.

## ORDER

Upon consideration of counsel's motion to withdraw as counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant and Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order.  The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender Division's Office.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Defendant and Appellant at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2021